UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80356-CIV-MIDDLEBROOKS/BRANNON

NORMA V. BINNS,

    Plaintiff,

vs.

CREDIT BUREAU COLLECTION
SERVICES, INC., d/b/a CBCS and
JOHN DOES 1-4,

    Defendants.
_____/

### ORDER ACCEPTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice (DE 16) ("Joint Stipulation"), filed June 27, 2013. The Parties filed this Joint Stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii). After reviewing the Joint Stipulation, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Stipulation for Dismissal with Prejudice (DE 16) is **ACCEPTED**.

It is further hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**;
2. The Parties shall bear their own attorney's fees and costs; and
3. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 28th day of June, 2013.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record